**FILED**
January 30, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                                )<br>                    Plaintiff,              )<br>v.                                                          )<br>                                                                )<br>ALLA SAMCHUK,                              )<br>                                                                )<br>                    Defendant.           ) | CASE NUMBER: 2:12-mj-00027-DAD<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Alla Samchuk</u>; Case <u>2:12-mj-00027-DAD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

        __      Release on Personal Recognizance

        __      Bail Posted in the Sum of _____

        X       Unsecured Appearance Bond in the amount of $50,000, co-signed by defendant's husband.

        __      Appearance Bond with 10% Deposit

        __      Appearance Bond secured by Real Property

        __      Corporate Surety Bail Bond

        X       (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>1/30/12</u> at <u>2:10 pm</u>.

By /s/ Carolyn Delaney
Carolyn K. Delaney
United States Magistrate Judge